UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK A. ADAIR, ) | Case No.: 2:11-cv-00519-GMN-RJJ |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| BANK OF AMERICA HOME LOANS ) | |
| SERVICING, LP, et al., ) | |
| Defendants. ) | |

Before the Court is Defendants BAC Home Loan Servicing, LP ("BAC"), ReconTrust Company, N.A. ("ReconTrust"); Mortgage Electronic Registration Systems, Inc. ("MERS"); and MERSCORP, Inc.'s Request for Judgment of Dismissal With Prejudice and Order Expunging Lis Pendens (ECF No. 22).

This Court previously dismissed all of Plaintiff's claims with leave to amend certain causes of action. (*See* Order, ECF No. 19.) However, the Court also warned that "failure to file an amended complaint by [December 14, 2011] will result in dismissal of [the] lawsuit." (*Id.*) Plaintiff has failed to file an amended complaint. Accordingly the Court dismisses the complaint.

**IT IS HEREBY ORDERED** that Defendants BAC Home Loan Servicing, LP ("BAC"), ReconTrust Company, N.A. ("ReconTrust"); Mortgage Electronic Registration Systems, Inc. ("MERS"); and MERSCORP, Inc.'s Request for Judgment of Dismissal and Order Expunging Lis Pendens (ECF No. 22) is **GRANTED**.

Plaintiff's Complaint is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded by Plaintiff on February 28, 2011 against the real property described as 1401 Marbella Ridge Ct., Las Vegas, NV, 89117; APN # 163-03-213-007, as Book and Instrument number 201102280001513 is

hereby **EXPUNGED and RELEASED in full**.

DATED this 10th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge